UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CYD CHARISSE DUPLECHAINE | § § | |
| Plaintiff. | § § § | |
| VS. | § | CIVIL ACTION NO. 3:17–CV–00221 |
| HSBC BANK USA, N.A. | § § § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Pending before the Court is the Memorandum and Recommendation of United States Magistrate Judge Andrew Edison. On April 18, 2018, this case was referred to Judge Edison (Dkt. 21). Pending before Judge Edison was Defendant's Motion to Dismiss Second Amended Complaint (Dkt. 17). On April 18, 2018, Judge Edison filed a Memorandum and Recommendation recommending that the Defendant's Motion to Dismiss Second Amended Complaint be granted (Dkt. 22).

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Defendant's Motion to Dismiss Second Amended Complaint is **GRANTED**; and

(3) This case is **DISMISSED**.

All other motions are denied as moot.

It is so **ORDERED**.

SIGNED at Galveston, Texas, this 4th day of May, 2018.

_____
George C. Hanks Jr.
United States District Judge